## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDY BAKER,<br>     Plaintiff, | Civil Action No. 2:21-cv-13928 |
| v. | Hon. Brian A. Martinotti<br>Hon. Edward S. Kiel |
| ALLERGAN, INC., et al.,<br>     Defendant. | |

## MOTION TO WITHDRAW FROM REPRSENTING PLAINTFF

Pursuant to Local Rule of Civil Procedure 102.1, the law firm of Lopez McHugh, LLP, and the attorneys of record, Joshua M. Mankoff, Esquire Michael S. Katz, Esquire, seek leave of the Court to withdraw as counsel on behalf of Plaintiff in the above-captioned action, which was filed in the above Multi-District Litigation via short form complaint on July 21, 2021. A brief, a declaration, and a proposed order are attached in support of this motion.

Dated this 3rd day of November, 2022          Respectfully submitted,

**Lopez McHugh, LLP**

*/s/ Joshua Mankoff*
Joshua M. Mankoff
*/s/ Michael S. Katz*
Michael S. Katz
214 Flynn Ave.
Moorestown, NJ 08057
Telephone: (856) 273-8500
Facsimile: (856) 273-8502
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused this motion to be delivered to counsel of record by filing the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served via certified and electronic mail on the last known address of Plaintiff.

                                                    */s/ Joshua M. Mankoff*
                                                    Joshua M. Mankoff