| | |
|---|---|
| **From:** | Mail Delivery System |
| **To:** | weallwegot1990@gmail.com |
| **Subject:** | Relayed: Regarding: Baker, Brandy v. Allergan (File #: 2:21-cv-13928) |
| **Date:** | Wednesday, November 2, 2022 4:55:21 PM |
| **Attachments:** | Message Headers.msg |

This is the mail system at host dispatch1-us1.ppe-hosted.com.
Your message was successfully delivered to the destination(s)
listed below. If the message was delivered to mailbox you will
receive no further notifications. Otherwise you may still receive
notifications of mail delivery errors from other systems.
        The mail system
<weallwegot1990@gmail.com>: delivery via
   gmail-smtp-in.l.google.com[74.125.69 27]:25: 250 2.0.0 OK  1667422518
   b13-20020a92c56d000000b002ffd877769bsi17874755ilj.84 - gsmtp

**Exhibit A**
**Specific Proof of Service upon Brandy Baker**
**2:21-cv-13928**

| | |
|---|---|
| **From:** | Mail Delivery System |
| **To:** | weallwegot1990@gmail.com |
| **Subject:** | Relayed: Regarding: Baker, Brandy v. Allergan (File #: 2:21-cv-13928) |
| **Date:** | Tuesday, November 1, 2022 6:33:48 PM |
| **Attachments:** | Message Headers.msg |

This is the mail system at host dispatch1-us1.ppe-hosted.com.
Your message was successfully delivered to the destination(s)
listed below. If the message was delivered to mailbox you will
receive no further notifications. Otherwise you may still receive
notifications of mail delivery errors from other systems.
        The mail system
<weallwegot1990@gmail.com>: delivery via
    gmail-smtp-in.l.google.com[172.253.124.26]:25: 250 2.0.0 OK  1667342025
    7-20020a810307000000b003451e44f7f3si9138437ywd 179 - gsmtp

**Exhibit A**
**Specific Proof of Service upon Brandy Baker**
**2:21-cv-13928**