## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDY BAKER,<br>       Plaintiff,<br><br>v.<br><br>ALLERGAN, INC., et al.,<br>       Defendant. | Civil Action No. 2:21-cv-13928<br><br>Hon. Brian A. Martinotti<br>Hon. Edward S. Kiel |

## [PROPOSED] ORDER

Having considered the motion of Lopez McHugh, LLP to withdraw from representing Plaintiff in this matter, and the brief and declaration submitted in support it is HEREBY ORDERED that the motion is GRANTED.

Dated this _____ day of _____, 20___.

_____
Martinotti, J.